IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 5 2011

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

| | | |
|---|---|---|
| WILLIAM ALEX QUIGLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:09-CV-402-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

On September 8, 2010, United States Magistrate Judge Jeffrey Cureton issued his proposed findings and conclusions and his recommendation in the above-referenced case. The recommendation is that the decision of defendant, Michael J. Astrue, Commissioner of Social Security ("Commissioner"), that plaintiff, William Alex Quigley, "is not disabled under sections 216(i) and 223(d) of the Social Security Act,"[1] be affirmed. Magistrate Judge Cureton granted the parties until September 28, 2010, to file and serve written objections to the proposed findings and conclusions and recommendation. Plaintiff timely filed objections. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections

---

[1] The quoted language is the decision of the administrative law judge, Tr. at 20, which became the final decision of the Commissioner, id. at 1.

lack merit and that the recommendation of the magistrate judge should be accepted.  Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that plaintiff is not disabled under sections 216(i) and 223(d) of the Social Security Act be, and is hereby, affirmed.

SIGNED January 5, 2011.

_____
JOHN McBRYDE
United States District Judge